No. State 115. STATE, Respondent, v. STOVALL, Appellant.

(Also reported in 222 N. W. 2d 709.)

Criminal law. Homicide. Attempted first-degree murder. Evidence. Sufficiency.

The cause was submitted for the appellant on the brief of *James M. Shellow, Stephen M. Glynn* and *Shellow & Shellow,* all of Milwaukee, and for the respondent on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.